# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** WASHINGTON

| In re: | § | |
|---|---|---|
| | § | |
| LS VILLAGE TOWNHOUSES LLC | § | Case No. 19-13773 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MICHAEL P. KLEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00
*(Without deducting any secured claims)*

Assets Exempt: NA

Total Distributions to Claimants: 757,086.66

Claims Discharged
Without Payment: NA

Total Expenses of Administration: 117,913.34

---

3) Total gross receipts of $ 875,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 875,000.00 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 474,682.80 | $ 604,526.24 | $ 726,158.05 | $ 726,158.05 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 117,913.34 | 117,913.34 | 117,913.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 351,500.00 | 351,500.00 | 351,500.00 | 30,928.61 |
| **TOTAL DISBURSEMENTS** | $ 826,182.80 | $ 1,073,939.58 | $ 1,195,571.39 | $ 875,000.00 |

4) This case was originally filed under chapter 7 on 10/15/2019 . The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/19/2021          By:/s/MICHAEL P. KLEIN
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Parcel #00562200000904 | 1110-000 | 13,730.00 |
| Parcel 00562200000901 | 1110-000 | 347,355.00 |
| Parcel #00562200000906 | 1110-000 | 513,915.00 |
| TOTAL GROSS RECEIPTS | | $ 875,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | DLG INC | 4110-000 | 340,960.00 | 436,770.98 | 514,510.06 | 514,510.06 |
| 000004 | DLG INC | 4110-000 | 94,533.00 | 122,866.44 | 154,913.60 | 154,913.60 |
| 000001 | GROUP FOUR, INC. | 4120-000 | 21,284.00 | 21,284.27 | 29,898.88 | 29,898.88 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | LIENABLE UTILITIES | 4120-000 | NA | 724.21 | 724.21 | 724.21 |
| 000002 | SNOHOMISH COUNTY TREASURER | 4700-000 | 17,905.80 | 22,880.34 | 26,111.30 | 26,111.30 |
| TOTAL SECURED CLAIMS | | | $ 474,682.80 | $ 604,526.24 | $ 726,158.05 | $ 726,158.05 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:MICHAEL P. KLEIN | 2100-000 | NA | 47,000.00 | 47,000.00 | 47,000.00 |
| TRUSTEE EXPENSES:MICHAEL P. KLEIN | 2200-000 | NA | 78.90 | 78.90 | 78.90 |
| CLOSING COSTS | 2500-000 | NA | 1,700.00 | 1,700.00 | 1,700.00 |
| TITLE INSURANCE | 2500-000 | NA | 1,954.44 | 1,954.44 | 1,954.44 |
| SNOHOMISH COUNTY | 2820-000 | NA | 14,680.00 | 14,680.00 | 14,680.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):RE/MAX AND REAL PROPERTY ASSOCIATES | 3510-000 | NA | 52,500.00 | 52,500.00 | 52,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 117,913.34 | $ 117,913.34 | $ 117,913.34 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | BALJIT SINGH | 7100-000 | 75,000.00 | 75,000.00 | 75,000.00 | 6,599.28 |
| 000007 | ENTRUST GROUP FBO JASON DEPEW | 7100-000 | 25,000.00 | 25,000.00 | 25,000.00 | 2,199.76 |
| 000005 | JASVINDER SINGH | 7100-000 | 75,000.00 | 75,000.00 | 75,000.00 | 6,599.28 |
| 000008 | SK-KS PROPERTIES, LLC | 7100-000 | 25,000.00 | 25,000.00 | 25,000.00 | 2,199.76 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000010 | SUNWEST TRUST CUSTODIAN FBO KIMBERL | 7100-000 | 136,500.00 | 15,000.00 | 15,000.00 | 1,319.85 |
| 000009 | SUNWEST TRUST CUSTODIAN FBO SILAS K | 7100-000 | 15,000.00 | 136,500.00 | 136,500.00 | 12,010.68 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 351,500.00 | $ 351,500.00 | $ 351,500.00 | $ 30,928.61 |

| Case No: | 19-13773 | MB | Judge: Honorable Marc Barreca | Trustee Name: | MICHAEL P. KLEIN |

Case Name: LS VILLAGE TOWNHOUSES LLC

Date Filed (f) or Converted (c): 10/15/19 (f)

341(a) Meeting Date: 02/18/20

For Period Ending: 07/19/21

Claims Bar Date: 06/23/20

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Parcel #00562200000904 | 348,600.00 | 7,640.00 | | 13,730.00 | FA |
| 2. Parcel 00562200000901 | 287,700.00 | 193,167.00 | | 347,355.00 | FA |
| 3. Parcel #00562200000906 | 285,800.00 | 285,800.00 | | 513,915.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $922,100.00 | $486,607.00 | | $875,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Completion of TFR and TDR

Initial Projected Date of Final Report (TFR): 03/30/21    Current Projected Date of Final Report (TFR): 11/10/20

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 19-13773 -MB |
| Case Name: | LS VILLAGE TOWNHOUSES LLC |
| | |
| Taxpayer ID No: | *******3914 |
| For Period Ending: | 07/19/21 |

| | |
|---|---|
| Trustee Name: | MICHAEL P. KLEIN |
| Bank Name: | Axos Bank |
| Account Number / CD #: | *******0368  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 51,601,059.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/23/20 | | P.S. WANDA REIF NUXOLL | Real Estate Sale | | 78,007.51 | | 78,007.51 |
| | | Excrow Trust Account | | | | | |
| | | P.O. Box 2406 | | | | | |
| | | Issaquah, WA 98027 | | | | | |
| | * NOTE * | WANDA REIF NUXOLL, P.S. | Memo Amount:          875,000.00 | 1110-000 | | | |
| | | | | | | | |
| | | | * NOTE *  Properties 1, 2, 3 | | | | |
| | | SNOHOMISH COUNTY | Memo Amount:       (     26,111.30 ) | 4700-000 | | | |
| | | | Real Estate Taxes | | | | |
| | | CLOSING COSTS | Memo Amount:       (      1,700.00 ) | 2500-000 | | | |
| | | | Closing Costs | | | | |
| | | TITLE INSURANCE | Memo Amount:       (      1,954.44 ) | 2500-000 | | | |
| | | | Insurance Premium | | | | |
| | | RE/MAX AND REAL PROPERTY ASSOCIATES | Memo Amount:       (     52,500.00 ) | 3510-000 | | | |
| | | | Commission | | | | |
| | | SNOHOMISH COUNTY | Memo Amount:       (     14,680.00 ) | 2820-000 | | | |
| | | | Excise Tax | | | | |
| | | EASTSIDE FUNDING | Memo Amount:       (    514,510.06 ) | 4110-000 | | | |
| | | | 1rst Lien | | | | |
| | | EASTSIDE FUNDING | Memo Amount:       (    154,913.60 ) | 4110-000 | | | |
| | | | 2nd Lien | | | | |
| | | LIENABLE UTILITIES | Memo Amount:       (        724.21 ) | 4120-000 | | | |
| | | | Utilities | | | | |
| | | BERESFOR BOOTH PLLC | Memo Amount:       (     29,898.88 ) | 4120-000 | | | |
| | | | Judicial Lien | | | | |
| 01/08/21 | 000401 | MICHAEL P. KLEIN | Chapter 7 Compensation/Fees | 2100-000 | | 47,000.00 | 31,007.51 |
| | | 330 Madison Ave S, Suite 110 | | | | | |
| | | Bainbridge Island, WA  98110 | | | | | |

Page Subtotals        78,007.51        47,000.00

Ver: 22.03d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 19-13773 -MB | Trustee Name: | MICHAEL P. KLEIN |
|---|---|---|---|
| Case Name: | LS VILLAGE TOWNHOUSES LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0368 Checking Account |
| Taxpayer ID No: | *******3914 | | |
| For Period Ending: | 07/19/21 | Blanket Bond (per case limit): | $ 51,601,059.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 01/08/21 | 000402 | MICHAEL P. KLEIN<br>330 Madison Ave S, Suite 110<br>Bainbridge Island, WA 98110 | Chapter 7 Expenses | 2200-000 | | 78.90 | 30,928.61 |
| | 01/08/21 | 000403 | Jasvinder Singh<br>c/o Frank S. Homsher<br>Law Office of Frank S. Homsher<br>510 Bell Street<br>Edmonds, WA 98020<br>P: (425) 320-9628 | Claim 000005, Payment 8.79904% | 7100-000 | | 6,599.28 | 24,329.33 |
| | 01/08/21 | 000404 | Baljit Singh<br>c/o Law Office of Frank S. Homsher<br>510 Bell Street<br>Edmonds, WA 98020 | Claim 000006, Payment 8.79904% | 7100-000 | | 6,599.28 | 17,730.05 |
| * | 01/08/21 | 000405 | Entrust Group FBO Jason Depew<br>c/o Law Office of Frank S. Homsher<br>510 Bell Street<br>Edmonds, WA 98020 | Claim 000007, Payment 8.79904% | 7100-004 | | 2,199.76 | 15,530.29 |
| | 01/08/21 | 000406 | SK-KS Properties, LLC<br>c/o Frank S. Homsher<br>Law Office of Frank S. Homsher<br>510 Bell Street<br>Edmonds, WA 98020<br>P: (425) 320-9628 | Claim 000008, Payment 8.79904% | 7100-000 | | 2,199.76 | 13,330.53 |
| | 01/08/21 | 000407 | Sunwest Trust Custodian FBO Silas Keith<br>Shaw Accou<br>c/o Frank S. Homsher<br>510 Bell Street<br>Edmonds, WA 98020 | Claim 000009, Payment 8.79903% | 7100-000 | | 12,010.68 | 1,319.85 |
| | 01/08/21 | 000408 | Sunwest Trust Custodian FBO Kimberly S.<br>Shaw Accou | Claim 000010, Payment 8.79900% | 7100-000 | | 1,319.85 | 0.00 |

| | Page Subtotals | 0.00 | 31,007.51 |
|---|---|---|---|

Ver: 22.03d

LFORM24

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 19-13773 -MB | | Trustee Name: | MICHAEL P. KLEIN |
|---|---|---|---|---|
| Case Name: | LS VILLAGE TOWNHOUSES LLC | | Bank Name: | Axos Bank |
| | | | Account Number / CD #: | *******0368 Checking Account |
| Taxpayer ID No: | *******3914 | | | |
| For Period Ending: | 07/19/21 | | Blanket Bond (per case limit): | $ 51,601,059.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 03/08/21 | 000405 | c/o Law Office of Frank S. Homsher 510 Bell Street Edmonds, WA 98020 Entrust Group FBO Jason Depew | Stop Payment Reversal STOP PAYMENT | 7100-004 | | -2,199.76 | 2,199.76 |
| | 04/12/21 | 000409 | c/o Law Office of Frank S. Homsher 510 Bell Street Edmonds, WA 98020 Entrust Group FBO Jason Depew c/o Law Office of Frank S. Homsher 510 Bell Street Edmonds, WA 98020 | Replacement check | 7100-000 | | 2,199.76 | 0.00 |

| | | | |
|---|---|---|---|
| Memo Allocation Receipts: | 875,000.00 | COLUMN TOTALS | 78,007.51 | 78,007.51 | 0.00 |
| Memo Allocation Disbursements: | 796,992.49 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 78,007.51 | 78,007.51 | |
| Memo Allocation Net: | 78,007.51 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 78,007.51 | 78,007.51 | |

| | | | | |
|---|---|---|---|---|
| Total Allocation Receipts: | 875,000.00 | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| Total Allocation Disbursements: | 796,992.49 | TOTAL - ALL ACCOUNTS | | | |
| | | Checking Account - *******0368 | 78,007.51 | 78,007.51 | 0.00 |
| Total Memo Allocation Net: | 78,007.51 | | ----------------------- | ----------------------- | ----------------------- |
| | | | 78,007.51 | 78,007.51 | 0.00 |
| | | | ============== | ============== | ============== |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 19-13773 -MB | Trustee Name: | MICHAEL P. KLEIN |
| Case Name: | LS VILLAGE TOWNHOUSES LLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0368 Checking Account |
| Taxpayer ID No: | *******3914 | | |
| For Period Ending: | 07/19/21 | Blanket Bond (per case limit): | $ 51,601,059.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | Page Subtotals | | 0.00 | 0.00 | |

Ver: 22.03d